UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DIANE M. ODEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12-CV-1054-AGF |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of plaintiff's motion for leave to commence this action without payment of the required filing fee [Doc. #2]. *See* 28 U.S.C. § 1915(a).

Plaintiff has submitted a partially-completed financial affidavit CJA Form 23 in support of her application for in forma pauperis status. Plaintiff has failed to state (1) if she has any cash on hand or money in a savings or checking account, and if so, the total amount; and (2) if she has any debts and monthly bills, and if so, the name of the creditor, the total debt, and the monthly payment. As such, the Court is unable to determine, at this time, if she is financially unable to pay any portion of the filing fee. *See* 28 U.S.C. § 1915(a), Local Rule 2.05(A).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff shall have thirty (30) days from the date of this Order to pay the statutory filing fee of $350.00, or to submit a fully completed CJA Form 23 (financial affidavit).

**IT IS FURTHER ORDERED** that if plaintiff fails to pay the filing fee or to submit a fully-completed CJA Form 23 within thirty days, the case shall be dismissed, without prejudice.

Dated this 25th day of June, 2012.

*Audrey G. Fleissig*
UNITED STATES DISTRICT JUDGE